#91-10075
L'EXPRESS INC

---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    104
1-2/210
2006

TID #380360
PAUL DEBAILLON
PO Box 51387
Lafayette LA 70505-1387

| Case | Debtor |
|---|---|
| 91-10075 "A" | L'EXPRESS, INC |
| 312850345566 | |
| UNCLAIMED FUNDS, TRIBECA CORP | |

Date 01/25/2006    $ *******4,221.89

~~~Four Thousand Two Hundred Twenty-One Dollars and 89/100

Pay to the Order of  CLERK US BANKRUPTCY COURT

*[signature]*
PAUL DEBAILLON, Trustee

⑈"000000104"⑈ ⑆021000021⑆ 312850345566⑈"

#4221 89/100
deposited to
Treasury 6047BK
on 2/6/06

RELIEF
ORDERED
FEE PD.
COMP
D.C.
C.R.D.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: L'EXPRESS, INC            CASE NO. 91-10075 SECTION A

## TRANSMITTAL OF UNCLAIMED FUNDS

PAUL N. DEBAILLON, trustee of this estate, reports the following:

1. The trustee issued a check in payment of an unsecured claim. Said check has never been presented to the bank for payment but instead returned to the trustee with a letter declaring that the payee company has been defunct for at least twelve years. The unnegotiated distribution check was issued on 11/22/05 and the amount of such check is:

| NAME AND ADDRESS | AMOUNT OF UNCLAIMED FUNDS |
|---|---|
| Tribeca Corporation<br>c/o Mr. Gerry Gitner<br>600 Willow Tree Road<br>Leonia NJ 07603 | $4,221.89 |

2. A check in the amount of $4,221.89 payable to the Clerk, US Bankruptcy Court, is attached to this report and list.

LAFAYETTE, LOUISIANA, THIS 25TH DAY OF JANUARY, 2006.

_____
PAUL N. DEBAILLON, TRUSTEE