IN RE: L'EXPRESS, INC.                                CASE NO. 91-10075

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 91-10075 "A" | L'EXPRESS, INC. |
| 92000850345569 | |
| UNCLAIMED FUNDS | |

VOID AFTER 90 DAYS        10113
                          60-249 / 433

TID #380360
PAUL DEBAILLON
PO Box 51387
Lafayette LA 70505-1387

Date   07/23/2010        $ ******29,619.94

~~~Twenty-Nine Thousand Six Hundred Nineteen Dollars and 94/100

Pay to the Order of: CLERK US BANKRUPTCY COURT
EASTERN DISTRICT OF LA

PAUL DEBAILLON

⑈000 10113⑈ ⑆043302493⑆ 92000850345569⑈

---

7/28/10
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: SEE ATTACHED LIST

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227433   - KW
* * C O P Y * *
July 28, 2010
14:49:22

TREASURY REGFUND
91-10075

Debtor.: L'EXPRESS, INC.
Trustee: Paul DeBaillon
Amount.:        $29,619.94 CH
Check#.: 10113

Total->  $29,619.94

FROM: DEBAILLON

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
EASTERN DIVISION OF LOUISIANA DIVISION

IN RE:

    L'EXPRESS, INC.                                                     CASE NO. 91-10075
    Debtor.

## TRANSMITTAL OF UNCLAIMED FUNDS

PAUL DEBAILLON, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | |
|---|---|
| Christopher J. Barry, Esq<br>Boogle & Gates<br>601 Union St<br>Seattle WA 98101-2346<br>or<br>701 Fifth Ave<br>Seattle WA 98104 | $1,781.53 |
| Theodore I Seamon Esq<br>Hewes Morella Gelband & Lamberton<br>1000 Potomac St NW Suite 300<br>Washington DC 20007 | 3,059.73 |
| Tribeca Corporation<br>C/o Mr Gerry Gitner<br>600 Willow Tree Rd<br>Leonia NJ 07603 | 2,102.09 |
| Northline Enterprises<br>c/o David J Messina<br>601 Poydras St, Suite 2415<br>New Orleans LA 70130 | 22,676.59 |

2. Your Trustee's check for $29,619.94, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

LAFAYETTE, Louisiana, July 23, 2010.

                                                               /s/ PAUL DEBAILLON
                                                               PAUL DEBAILLON, TRUSTEE

**Miscellaneous:**

<u>91-10075 L'Express, Inc.</u> **Converted** 03/05/1992

Type: bk                    Chapter: 7 v                        Office: 2 (New Orleans)
Assets: y                   Debtor disposition: Discharge       Judge: EWM
                            Not Applicable

Case Flag: REOPENED, wav


# U.S. Bankruptcy Court

## Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Paul N. DeBaillon entered on 7/26/2010 at 9:48 AM CDT and filed on 7/26/2010
**Case Name:**     L'Express, Inc.
**Case Number:**   <u>91-10075</u>
**Document Number:** <u>535</u>

**Docket Text:**
Document -*Transmittal of Unclaimed Funds* Filed by Paul N. DeBaillon (DeBaillon, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\My Documents\My ScanSnap\LExpress trans uncl funds.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=7/26/2010] [FileNumber=6025905-0]
[6daaa252406ffca4c99b0250fbec276b2f7554f28340ef049680cc578f0a114ceb09
dbfdbb67c2c27c0a7bc2280667ca821c5fe969d5276de766d550d182e7a4]]

**91-10075 Notice will be electronically mailed to:**

Brent B. Barriere on behalf of Creditor Beech Acceptance Corporation
barrierb@phelps.com

Sidney A. Cotlar on behalf of Creditor New Orleans Aviation Board
scotlar@hhkc.com

Paul N. DeBaillon
pauld@debaillonmiley.com

J. David Forsyth on behalf of Creditor Committee Unsecured Creditors' Committee
jdf@sessions-law.com, mob@sessions-law.com

Joseph E. Friend on behalf of Defendant Ernest Rogers

R. Joseph Nans on behalf of Creditor Shreveport Airport Authority
Post Office Box 21990
Shreveport, LA 71120-1990

Laura H. Peebles
Deloitte And Touche
3700 One Shell Square
701 Poydras Street
New Orleans, LA 70139-3700

Read Industries, Inc.
One Canal Place
Suite 2222
New Orleans, LA 70130

Theodore I. Seamon
,

ServCorp International, Inc.
20391 Chef Menteur Highway
New Orleans, LA 70129

Tribeca Corporation, The
,

Kathleen Verret on behalf of Creditor New Orleans Aviation Board
920 North Carrollton Avenue
Suite C
New Orleans, LA 70119

Talmage M. Watts on behalf of Creditor Whitney National Bank
909 Poydras Street
Suite 2300
New Orleans, LA 70112-1017

jef@bswllp.com

Jan Marie Hayden on behalf of Defendant L'Express, Inc.
jhayden@hellerdraper.com

S. Ault Hootsell on behalf of Plaintiff Beech Acceptance Corporation, Inc.
hootsela@phelps.com, crombiet@phelps.com

Evan Park Howell on behalf of Creditor Northline Enterprises, Inc.
evanhowell@cox.net

Kenneth H. Laborde on behalf of Plaintiff Cynthia Traina
klaborde@glllaw.com, screscioni@glllaw.com

Mary S. Langston on behalf of Interested Party Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**91-10075 Notice will not be electronically mailed to:**

Airlines Clearing House, Inc.
,

Christopher J. Barry
BOGLE AND GATES
601 Union Street
Seattle, WA 98101-2346

Clayton J. Borne on behalf of Trustee Cynthia Traina
433 Metairie Road
Suite 100
Metairie, LA 70005

David L. Haik on behalf of Creditor Roosevelt Coar
4051 Veterans Memorial Boulevard
Suite 224
Metairie, LA 70002

Howard Johnson Lodge
,

L'Express Holdings, Inc.
,

William H. Langenstein
McCLOSKEY, LANGENSTEIN AND STOLLER
1250 Poydras Street
Suite 400
New Orleans, LA 70113