# United States Bankruptcy Court for the
# Eastern District of Louisiana

IN RE:

L'Express, Inc.

Case No. 91-10075
Chapter 7

_____ Debtor(s) _____ /

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $22,676.59 was issued by the trustee to Northline Enterprises, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor did not receive the dividend check in the above case for the following reason:

- Stephen L. Read was the President and Director of Northline Enterprises, Inc, as evidenced by exhibit A.
- Stephen L. Read became the sole director of Northline Enterprises, Inc, as evidenced by exhibit B.
- Stephen L. Read was the sole shareholder of Unity Investment Company, Ltd, which is the sole shareholder of Northline Enterprises, Inc. This subsequently makes Stephen L. Read the sole shareholder of Northline Enterprises, Inc, as evidenced by exhibit C.
- Northline Enterprises, Inc is no longer an active corporation (as evidenced by exhibit D) and, as sole shareholder, Stephen L. Read would be successor in interest to any assets belonging to Northline Enterprises, Inc.
- Stephen L. Read passed away on September 3, 1999, as evidenced by exhibit E.
- Allison Read is the surviving spouse to Stephen L. Read and is the sole surviving heir to the estate of Stephen L. Read, as evidenced by exhibit F.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the Eastern District of Louisiana has been provided a copy of this application allowing 21 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Allison Read for the estate of Stephen L. Read, successor in interest to Northline Enterprises, Inc, creditor, hereby petitions the Court for $22,676.59, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Allison Read for the estate of Stephen L. Read, successor in interest to Northline Enterprises, Inc c/o Dilks & Knopik, LLC, Attorney in Fact, and mail said check to the following address: P.O. Box 2728, Issaquah, WA 98027-0125.

Respectfully Submitted:

Dated: October 13, 2010

Brian J. Dilks
Dilks & Knopik, LLC

On **10|13|10** before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public

My commission expires: July 29, 2014
Notary in and for the State of Washington

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Allison Read for the estate of Stephen L. Read, successor in interest to Northline Enterprises, Inc is legally entitled to the unclaimed funds referenced in this application.

Dated October 13, 2010

Brian J. Dilks
Dilks & Knopik, LLC

Attorney in Fact for Allison Read for the estate of Stephen L. Read, successor in interest to Northline Enterprises, Inc.

On 10|13|10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

# United States Bankruptcy Court for the
# Eastern District of Louisiana

IN RE:

        L'Express, Inc.

Case No. 91-10075
Chapter 7

        Debtor(s)    /

## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on October 13, 2010 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties via US Mail or Electronic Mail:

U.S. Attorney for the Eastern District of Louisiana
Attn: Jim Letten
500 Poydras Street, Room B210
New Orleans, LA 70130

Jan Marie Hayden
Debtor's Attorney
jhayden@hellerdraper.com
*Terminated no replacement

Paul N. DeBaillon
Case Trustee
pauld@debaillonmiley.com

L'Express, Inc.
Debtor
1919 Veterans Blvd., Suite 400
Kenner, LA 70062

Allison Read for the estate of Stephen L. Read, successor in interest to Northline Enterprises, Inc
806 Cousin Street
Slidell, LA 70458

Dated: October 13, 2010

                                            Brian J. Dilks
                                            Dilks & Knopik, LLC
                                                Attorney in Fact for Allison Read for the
estate of Stephen L. Read, successor in interest to
Northline Enterprises, Inc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

RE: L'Express, Inc.

Debtor(s)

Case: 91-10075

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Allison Read for the estate of Stephen L. Read, successor in interest to Northline Enterprises, Inc.** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$22,676.59** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____      Aug. 23, 20 10
Allison Read                          Date

Tax ID: XXX-XX- 5198

### ACKNOWLEDGMENT

STATE OF Louisiana )
Parish OF Orleans )

On this 23rd day of August, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Allison Burch Read known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC  Amy G. Smith
Residing at 6701 Lake Forest Blvd, Ste 101, New Orleans, LA 70127
My Commission expires  upon death

AMY G. SMITH
Notary Public
State of Louisiana
Notary ID Number 083826
Jefferson Parish



front



ENDORSEMENTS:

RESTRICTIONS: Corr lens

Donor __Y·__N / Living Will __Y __N
Holder of license must be 21 years of age or older to utilize the
privileges of this license in interstate commerce pursuant to
49 Code of Federal Regulations 391.11.
*Renewable 90 days prior to expiration.*

DL #
EXP 03/11/2013

back