# DILKS & KNOPIK, LLC
"When Success Matters"

September 22, 2011



FILED

2011 SEP 23 P 12:57

U.S. Bankruptcy Court
Eastern District of Louisiana
Attn: Clerk
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

RE: 91-10075 - L'Express, Inc.
Motion to Expedite Hearing on Motion to Set Aside Order

To whom it may concern:

Both of Dilks & Knopik, LLC principles will be out of the office from September 23, 2011 to October 6 2011. From the time of the notice we have not had enough time review the motion and procure local counsel in the Eastern District of Louisiana.

We respectfully request the court to postpone the hearing three weeks to allow Dilks & Knopik, LLC obtain local counsel after returning to our office.

Sincerely,

Brian L. Dilks

1760 Newport Way NW | Phone (425) 836-5728
PO Box 2728 | Fax (877) 209-8249
Issaquah, WA 98027 | Email admin@dilksknopik.com

www.dilksknopik.com