91-10075

Allison Read
806 Cousin St.
Slidell, LA 70458

September 26, 2010

Dear Clerk,

I have been informed by Brian Dilks of Dilks Knopik, LLC that represented my claim in the RE: L'Express 91-10075 to notify you that I will be out of the country on business from September 28 until October 10th. You may reach me at any of the following contacts to schedule a conference call upon my return:

Email: Allison.read@homeauto.com
Phone: 985-290-0211
Address: 806 Cousin St, Slidell, LA 70458

Thanks and regards,

*Allison Read*

Allison Read

Sent via mail and fax to:

U.S. Bankruptcy Court
Eastern District of Louisiana
Attn: Clerk
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130
Chief Judge Magner chamber fax number: 504-589-7806